# United States Bankruptcy Court

## District of Connecticut

In re:

Carlos Mario Benitez

Debtor*

Case Number: 18-50651
Chapter: 13

### ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Chapter 13 Plan, on June 7, 2018 (ECF No. 11), which was recently modified on September 18, 2018, (the "First Amended Plan") (ECF No. 21). The First Amended Plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the First Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's First Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $774.00 monthly beginning on September 28, 2018, for a period of 60 months, and until a 0% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the total amount of $4010.00, of which $4010.00, has been paid, leaving $0.00 due.

Dated at Bridgeport, Connecticut this 21st day of September, 2018.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut